**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRENTON W. MILLER,** | NO. EDCV 07-1405-MAN |
|          **Plaintiff,** | |
|       **v.** | **JUDGMENT** |
| **MICHAEL J. ASTRUE,** | |
| **Commissioner of Social Security,** | |
|         **Defendant.** | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.


DATED: February 12, 2009

                                  /s/
                          MARGARET A. NAGLE
        UNITED STATES MAGISTRATE JUDGE